B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Visitors Flea Market, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Visitors Market** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3640350** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5811 W Irlo Bronson Memorial Hwy**<br>**Kissimmee, FL**<br>ZIP Code **34746** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Osceola** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1570**<br>**Winter Park, FL**<br>ZIP Code **32790** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **5811 W Irlo Bronson Memorial Hwy**<br>**Kissimmee, FL 34746** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)   Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Visitors Flea Market, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Visitors' Plaza, Inc.** | Case Number: **6:14-bk-** | Date Filed: |
| District: **Middle District of Florida, Orlando Division** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Visitors Flea Market, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ R Scott Shuker**
Signature of Attorney for Debtor(s)

**R Scott Shuker 984469**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name

**PO Box 3353**
**Orlando, FL 32802-3353**

_____
Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

**December 9, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ G Charles Wohlust**
Signature of Authorized Individual

**G Charles Wohlust**
Printed Name of Authorized Individual

**Curator and Managing Member**
Title of Authorized Individual

**December 9, 2014**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Middle District of Florida

In re **Visitors Flea Market, LLC**
Debtor(s)

Case No.
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets   $ **0.00**

   b. Total debts (including debts listed in 2.c., below)   $ **0.00**

   c. Debt securities held by more than 500 holders:

   |   |   |   | Approximate number of holders: |
   |---|---|---|---|
   | ☐ secured  ☐ unsecured  ☐ subordinated | $ | **0.00** | **0** |
   | ☐ secured  ☐ unsecured  ☐ subordinated | $ | **0.00** | **0** |
   | ☐ secured  ☐ unsecured  ☐ subordinated | $ | **0.00** | **0** |
   | ☐ secured  ☐ unsecured  ☐ subordinated | $ | **0.00** | **0** |
   | ☐ secured  ☐ unsecured  ☐ subordinated | $ | **0.00** | **0** |

   d. Number of shares of preferred stock   **0**   **0**

   e. Number of shares common stock   **0**   **0**

   Comments, if any:
   **Privately-held Florida limited liability company**

3. Brief description of Debtor's business:
   **Management company**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **100% - Estate of DelRoy Joseph Sr., by G Charles Wohlust, Curator and Managing Member**

## United States Bankruptcy Court
### Middle District of Florida

In re    **Visitors Flea Market, LLC**                                    ,    Case No. _____

Debtor

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of DelRoy Joseph Sr<br>by G Charles Wohlust<br>Curator and Mging Mbr<br>PO Box 1570<br>Winter Park, FL 32790** | **N/A** | **N/A** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Curator and Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  9, 2014**                        Signature  **/s/ G Charles Wohlust**
                                                                            **G Charles Wohlust**
                                                                            **Curator and Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                              18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Visitors Flea Market, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Curator and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 9, 2014**

**/s/ G Charles Wohlust**
**G Charles Wohlust**/**Curator and Managing Member**
Signer/Title

| | | |
|---|---|---|
| Visitors Flea Market, LLC<br>PO Box 1570<br>Winter Park, FL 32790 | David B Rosenberg, Esq<br>Broad and Cassel<br>2 S Biscayne Blvd, 21st Fl<br>Miami, FL 33131 | Kera Josephs, et al<br>c/o Monica Josephs<br>PO Box 3130<br>Windermere, FL 34786 |
| R Scott Shuker<br>Latham, Shuker, Eden & Beaudine, LLP<br>PO Box 3353<br>Orlando, FL 32802-3353 | Delroy W Josephs, Jr<br>850 Via Bella Notte Dr<br>Orlando, FL 32836 | Kenney Communications<br>1215 Spruce Ave<br>Orlando, FL 32834 |
| Aristides J Diaz, Esq<br>Diaz Law<br>5364 Penway Drive<br>Orlando, FL 32814 | Donald Scarlett, Esq<br>1003 E Concord St<br>Orlando, FL 32803 | Kevin P Robinson, Esq<br>Zimmerman, Kiser<br>315 E Robinson St #600<br>Orlando, FL 32801 |
| Arnaldo Vega Pest Prevention<br>411 Mallard Way<br>Kissimmee, FL 34759 | Duke Energy<br>PO Box 1004<br>Charlotte, NC 28201 | Kissimmee Utility Assoc<br>PO Box 850001<br>Orlando, FL 32885 |
| Beech Outdoor<br>291 Circle Dr<br>Maitland, FL 32751 | Estate of DelRoy Joseph Sr<br>by G Charles Wohlust<br>Curator and Mging Mbr<br>PO Box 1570<br>Winter Park, FL 32790 | Kurt A Josephs<br>8607 Crestgate Circle<br>Orlando, FL 32819 |
| Brighthouse Networks<br>PO Box 30574<br>Tampa, FL 33630 | Florida Dept of Revenue<br>Attn: Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Mark J Chmielarski, Esq<br>Greenspoon Marder PA<br>Capital Plaza I, Ste 500<br>201 East Pine St<br>Orlando, FL 32801 |
| CBS Outdoor<br>185 US Hwy 46<br>Fairfield, NJ 07004 | FPIS<br>PO Box 560309<br>Orlando, FL 32856 | Mercedes Enterprises<br>4301 W Vine St<br>Kissimmee, FL 34746 |
| Centurylink | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Michael C Sasso, Esq<br>Michael A Sasso, Esq<br>Michael C. Sasso, PA<br>1031 W Morse Blvd, #120<br>Winter Park, FL 32789 |
| Christopher M Josephs<br>c/o Stephanie Josephs<br>8726 Great Cove Dr<br>Orlando, FL 32819 | J di Leonardo<br>1840 Kingsbury Court<br>Kissimmee, FL 34744 | Millicent Beth Coban<br>2757 ParkRoyal Dr<br>Windermere, FL 34786 |
| Container Rental<br>2715 Staten Rd<br>Orlando, FL 32854 | James A Flick, Esq<br>Flick Law Group, PL<br>3700 S Conway Rd, #100<br>Orlando, FL 32812 | Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903 |

Old Florida National Bank
315 E Robinson St, Ste 100
Attn: William Stangy
Orlando, FL 32801

W. Michael Clifford, Esq
Gray Robinson, PA
301 E Pine St #1400
Orlando, FL 32801

Orlando Waste Paper
2715 Stated Rd
Orlando, FL 32854

Wiginton Fire Systems
699 Aero Lane
Sanford, FL 32771

Osceola Cty Tax Collector
Attn: Patsy Heffner
2501 E Irlo Bronson Mem Hwy
Kissimmee, FL 34744

Premier Accounting
7021 Grand National Dr
Suite 106
Orlando, FL 32819

Richard Kenney Media
8970 Victoria Isle Place
Orlando, FL 32829

Sean F Bogle, Esq
101 S New York Ave #205
Winter Park, FL 32789

Teresa Phillips, Esq
Forster Boughman
220 Lucien Way #405
Maitland, FL 32751

United Security &
Communication
1500 Lincolnwood Ln
Longwood, FL 32750

Visitors' Plaza, Inc
5811 W Vine Street
Kissimmee, FL 34746

VS Media Group
7616 Southland Blvd, Ste 104
Orlando, FL 32809