UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:14-bk-13362-CCJ

**VISITORS FLEA MARKET, LLC**  CHAPTER 11

           **Debtor.**  EMERGENCY RELIEF REQUESTED
_____/  Hearing on or before Monday, December 15, 2014

### DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGES AND REQUEST FOR EMERGENCY PRELIMINARY HEARING

**VISITORS FLEA MARKET, LLC** (the "Debtor"), by and through its undersigned counsel, moves pursuant to 11 U.S.C. §§ 105(a) and 507(a)(4) for authority to pay prepetition wages to its employees, and requests an emergency preliminary hearing to consider the relief requested herein, and in support thereof states:

1. On December 9, 2014 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code ("Code") (Doc. No. 1).

2. No trustee has been appointed. The Debtor continues to operate its business and manage its property as a debtor-in-possession under §§ 1107 and 1108 of the Code.

### Description of the Debtor's Business and Employees

4. The Debtor manages a flea market known as "Visitors Flea Market" located at 5811 W. Irlo Bronson Memorial Hwy, Kissimmee, Florida 34746 (the "Property"). The Debtor's sister company, Visitors' Plaza, Inc.[1] ("Plaza'), owns the Property. The Debtor currently manages the Property and collects rents from certain flea market tenants, who enter into short term, week-to-week leases with the Debtor for stalls or space at the flea market. The Property has approximately 250 spaces available at the flea market. Currently, there are approximately 80 flea market vendors leasing space at the Property from the Debtor.

---

[1] Visitors' Plaza, Inc. is also a debtor in bankruptcy, case no. 6:14-bk-13360.

3. The Debtor has one (1) full-time and one (1) part time W-2 employees (the "Employees"). To maintain the continuity of the Debtor's business and to preserve the going concern value of the business, it is essential that the Debtor be permitted to pay compensation to the Employees that has accrued but remains unpaid. Any disruption in payroll would have a negative effect on Employee retention and morale. If the Debtor is not permitted to pay the Employees their compensation due as of the Petition Date, Employees will not receive payment for services already performed, which would irreparably harm the Employees' morale during the holiday season.

## Relief Requested

4. The Debtor seeks authorization to pay the Employees compensation wages earned through and including December 8, 2014, which are scheduled to be paid on Monday, December 15, 2014. For the pre-petition period, the Debtor owes the Employees approximately $666.00 in total for unpaid wages. The payroll for Employees includes approximately $50.96 in Social Security/Medicare taxes, and $19.00 in federal income tax withholding. The payroll time sheet for the pay period through December 8, 2014, is attached hereto as **Exhibit "A"**, which shows all amounts deducted and withheld, and the hours worked per Employee during the relevant time period.

5. For the prepetition period, no Employee will receive compensation in excess of $11,725, the limit set forth in 11 U.S.C. § 507(a)(4)(a).

6. Payment of the Employees pre-petition wages is in the best interest of the Debtor's estate. The Debtor's continued operation is imperative to preserve the going concern value of the Debtor's business.

**WHEREFORE**, the Debtor respectfully requests this Court (i) set an emergency hearing on this Motion **on or before December 15, 2014**, (ii) grant the Motion and authorize the Debtor to pay prepetition compensation to all Employees when such becomes due in the ordinary course of business, (iii) and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 10th day of December 2015.

/s/ Christopher R. Thompson
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@lseblaw.com
Christopher R. Thompson, Esq
Florida Bar No. 0093102
cthompson@lseblaw.com
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           CASE NO. 6:14-bk-13362-CCJ

VISITORS FLEA MARKET, LLC                        CHAPTER 11

            Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the Debtor's **EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGES AND REQUEST FOR EMERGENCY PRELIMINARY HEARING** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: Visitors Flea Market, LLC, Inc., c/o G. Charles Wohlust, Esq., PO Box 1570, Winter Park, FL 32790; Andrew M Brumby Esq, Shutts & Bowen LLP, 300 S Orange Ave, Ste 1000, Orlando, FL 32801; James M. Flick Esq, Flick Law Group, PL, 3700 S Conway Rd, #100, Orlando, FL 32812; Michael C Sasso, Esq, Michael A Sasso, Esq, Michael C. Sasso, PA, 1031 W Morse Blvd, #120, Winter Park, FL 32789; Old Florida National Bank, Attn: Mr. William Stangy, 315 E Robinson St, Ste 100, Orlando, FL 32801; all secured creditors and the 20 largest unsecured creditors, as shown on the matrix attached to the original of this summary filed with the Court; and the Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, this 10th day of December 2014.

                                            /s/ Christopher R. Thompson
                                            **Christopher R. Thompson, Esq.**

# VISITOR'S FLEA MARKET
## *TIME SHEET*
Period from  11/30/14-12/08/14

**VINDRAWATIE DAHARRY**

| | |
|---|---|
| SUN    8:00-5:00 | SUN    OFF |
| MON   8:00-5:00 | MON   8:00-5:00 |
| TUE    8:00-5:00 | TUE |
| WED   8:00-5:00 | WED |
| THU    8:00-5:00 | THU |
| FRI      OFF | FRI |
| SAT    OFF | SAT |
| HOURS WORKED   45 | HOURS WORKED   9 |
| | TOTAL= 54 |

   54   X   $9.50   = $513.00
TAX    $19.00   S.S.   $31.81   MED  $7.44 = $454.75    CK#_____


**SHAMILA MARAJH**

| | |
|---|---|
| SUN   OFF | SUN   OFF |
| MON   OFF | MON   OFF |
| TUE   OFF | TUE   OFF |
| WED   OFF | WED   OFF |
| Thu    OFF | THU   OFF |
| FRI    8:00-5:00 | FRI    OFF |
| SAT   8:00-5:00 | SAT   OFF |
| HOURS WORKED   18 | HOURS WORKED _____ |
| | TOTAL =_____ |

   18   X   $8.50   = $153.00
TAX  0.00  S.S.   $9.49  MED $2.22  = $141.29              CK#_____


**EXHIBIT A**

Andrew M Brumby Esq
Shutts & Bowen LLP
300 S Orange Ave, Ste 1000
Orlando, FL 32801

Aristides J Diaz, Esq
Diaz Law
5364 Penway Drive
Orlando, FL 32814

Centurylink
PO Box 1319
Charlotte, NC 28201

Duke Energy
PO Box 1004
Charlotte, NC 28201

G Charles Wohlust, Esq
Curator and Mging Mbr
Estate of DelRoy Joseph Sr
PO Box 1570
Winter Park, FL 32790

James A Flick, Esq
Flick Law Group, PL
3700 S Conway Rd, #100
Orlando, FL 32812

Mercedes Enterprises
4301 W Vine St
Kissimmee, FL 34746

Michael C Sasso, Esq
Michael A Sasso, Esq
Michael C. Sasso, PA
1031 W Morse Blvd, #120
Winter Park, FL 32789

Old Florida National Bank
315 E Robinson St, Ste 100
Attn: William Stangy
Orlando, FL 32801

Office of the US Trustee
400 W Washington St, Suite 1100
Orlando, FL  32801