UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:14-bk-13362-CCJ

VISITORS FLEA MARKET, LLC,                          CHAPTER 11

       Debtor.

                                     /    EMERGENCY RELIEF REQUESTED
                                        Hearing on Monday, December 15, 2014

## AMENDED CERTIFICATE OF SERVICE

(To include matrix)

I HEREBY CERTIFY that a true copy of the **JOINT EMERGENCY MOTION OF VISITORS' PLAZA, INC. AND VISITORS FLEA MARKET, LLC, FOR AN ORDER SHORTENING THE NOTICE TIME UNDER BANKRUPTCY RULE 2002(a)(2) FOR THEIR JOINT EXPEDITED MOTION PURSUANT TO 11 U.S.C. § 363 FOR AN ORDER AUTHORIZING THE SALE OF THE DEBTORS' PROPERTY** has been furnished by electronic transmission and/or U.S. first-class mail, postage prepaid, to: Visitors Flea Market, LLC, Inc., c/o G. Charles Wohlust, Esq., pgw@wohlustlaw.com, PO Box 1570, Winter Park, FL 32790; Andrew M Brumby, Esq., Shutts & Bowen LLP, abrumby@shutts.com, 300 S Orange Ave, Ste 1000, Orlando, FL 32801; James M. Flick, Esq., Flick Law Group, PL, jim@jflicklawyer.com, 3700 S Conway Rd, #100, Orlando, FL 32812; Michael C. Sasso, and Esq, Michael A Sasso, Esq, Michael C. Sasso, PA, msasso@sasso-law.com, masasso@sasso-law.com, 1031 W Morse Blvd, #120, Winter Park, FL 32789; Old Florida National Bank, Attn: Mr. William Stange, 315 E Robinson St, Ste 100, Orlando, FL 32801; wstange@oldflorida.com; John Taylor, Esq, Fassett, Anthony, & Taylor, PA, 1325 W Colonial Dr, Orlando, FL 32804, jtaylor@fassettlaw.com; Philip D'Aniello, Esq., Fassett, Anthony & Taylor, P.A., pdaniello@fassettlaw.com, 1325 W. Colonial Drive, Orlando, FL. 32804; Mark J Chmielarski Esq, Greenspoon Marder PA, 201 Eat Pine St, Orlando, FL 32801, mark.chmielarski@gmlaw.com; Osceola County Tax Collector, 2501 E. Irlo Bronson Memorial Highway, Kissimmee, FL 34744; all creditors and parties in interest, as shown on the attached

matrices; and Office of the United States Trustee, 400 W. Washington St., Suite 1400, Orlando, FL 32801, this 12th day of December 2014.

/s/ Christopher R. Thompson
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Christopher R. Thompson, Esq.
Florida Bar No. 093102
cthompson@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave., Suite 1400
PO Box 3353 (32802-3353)
Orlando, FL  32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-13362-CCJ<br>Middle District of Florida<br>Orlando<br>Fri Dec 12 13:41:52 EST 2014 | OLD FLORIDA BANK, f/k/a Old Florida National<br>315 E. Robinson Street<br>Siite 350<br>Orlando, FL 32801-1912 | Shutts & Bowen LLP<br>c/o Andrew M. Brumby<br>P.O. Box 4956<br>Orlando, FL 32802-4956 |
| Visitors Flea Market, LLC<br>PO Box 1570<br>Winter Park, FL 32790-1570 | Aristides J Diaz, Esq<br>Diaz Law<br>5364 Penway Drive<br>Orlando, FL 32814-6714 | Arnaldo Vega Pest Prevention<br>411 Mallard Way<br>Kissimmee, FL 34759-4448 |
| Beech Outdoor<br>291 Circle Dr<br>Maitland, FL 32751-6456 | Brighthouse Networks<br>PO Box 30574<br>Tampa, FL 33630-3574 | CBS Outdoor<br>185 US Hwy 46<br>Fairfield, NJ 07004-2321 |
| Centurylink<br>PO Box 1319<br>Charlotte NC 28201-1319 | Christopher M Josephs<br>c/o Stephanie Josephs<br>8726 Great Cove Dr<br>Orlando, FL 32819-4100 | Container Rental<br>2715 Staten Rd<br>Orlando, FL 32804-4213 |
| David B Rosemberg, Esq<br>Broad and Cassel<br>2 S Biscayne Blvd, 21st Fl<br>Miami, FL 33131-1800 | Delroy W Josephs, Jr<br>850 Via Bella Notte Dr<br>Orlando, FL 32836 | Donald Scarlett, Esq<br>1003 E Concord St<br>Orlando, FL 32803-4671 |
| Duke Energy<br>PO Box 1004<br>Charlotte, NC 28201-1004 | Estate of DelRoy Joseph Sr<br>by G Charles Wohlust<br>Curator and Mging Mbr<br>PO Box 1570<br>Winter Park, FL 32790-1570 | FPIS<br>PO Box 560309<br>Orlando, FL 32856-0309 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>Attn: Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | J di Leonardo<br>1840 Kingsbury Court<br>Kissimmee, FL 34744-4932 | James A Flick, Esq<br>Flick Law Group, PL<br>3700 S Conway Rd, #100<br>Orlando, FL 32812-7662 |
| Keira Josephs, et al<br>c/o Monica Josephs<br>PO Box 3130<br>Windermere, FL 34786-4130 | Kenney Communications<br>1215 Spruce Ave<br>Orlando, FL 32824-7935 | Kevin P Robinson, Esq<br>Zimmerman, Kiser<br>315 E Robinson St #600<br>Orlando, FL 32801-4308 |
| Kissimmee Utility Assoc<br>PO Box 850001<br>Orlando, FL 32885-0001 | Kurt A Josephs<br>8607 Crestgate Circle<br>Orlando, FL 32819-3856 | Mark J Chmielarski, Esq<br>Greenspoon Marder PA<br>Capital Plaza I, Ste 500<br>201 East Pine St<br>Orlando, FL 32801-2729 |

| | | |
|---|---|---|
| Mercedes Enterprises<br>4301 W Vine St<br>Kissimmee, FL 34746-6608 | Michael C Sasso, Esq<br>Michael A Sasso, Esq<br>Michael C. Sasso, PA<br>1031 W Morse Blvd, #120<br>Winter Park, FL 32789-3774 | Millicent Beth Coban<br>2757 ParkRoyal Dr<br>Windermere, FL 34786-8202 |
| Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903-1584 | Old Florida National Bank<br>315 E Robinson St, Ste 100<br>Attn: William Stangy<br>Orlando, FL 32801-1698 | Orlando Waste Paper<br>2715 Stated Rd<br>Orlando, FL 32804-4213 |
| Osceola County Tax Collector<br>Attn: Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | Osceola Cty Tax Collector<br>Attn: Patsy Heffner<br>2501 E Irlo Bronson Mem Hwy<br>Kissimmee, FL 34744-4909 | Premier Accounting<br>7021 Grand National Dr<br>Suite 106<br>Orlando, FL 32819-8378 |
| Richard Kenney Media<br>8970 Victoria Isle Place<br>Orlando, FL 32829-8822 | Sean F Bogle, Esq<br>101 S New York Ave #205<br>Winter Park, FL 32789-4290 | Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2908 |
| Teresa Phillips, Esq<br>Forster Boughman<br>220 Lucien Way #405<br>Maitland, FL 32751 | United Security &<br>Communication<br>1500 Lincolnwood Ln<br>Longwood, FL 32750-7149 | VS Media Group<br>7616 Southland Blvd, Ste 104<br>Orlando, FL 32809-6976 |
| Visitors' Plaza, Inc<br>5811 W Vine Street<br>Kissimmee, FL 34746 | W Michael Clifford, Esq<br>Gray Robinson, PA<br>301 E Pine St #1400<br>Orlando, FL 32801-2798 | Wiginton Fire Systems<br>699 Aero Lane<br>Sanford, FL 32771-6699 |
| Andrew M. Brumby +<br>Shutts & Bowen LLP<br>Post Office Box 4956<br>Orlando, FL 32802-4956 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Mark J Chmielarski +<br>Greenspoon Marder PA<br>201 E Pine Street<br>Suite 500<br>Orlando, FL 32801-2718 | Christopher R Thompson +<br>Latham,Shuker,Eden & Beaudine, LLP<br>111 N. Magnolia Avenue<br>Suite 1400<br>Orlando, FL 32801-2367 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)OLD FLORIDA BANK, f/k/a Old Florida Nation | (u)Cynthia C. Jackson +<br>Orlando | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case |

```
End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56
```

Andrew M Brumby Esq
Shutts & Bowen LLP
300 S Orange Ave, Ste 1000
Orlando, FL 32801
abrumby@shutss.com

Duke Energy
PO Box 1004
Charlotte, NC 28201

John Taylor, Esq
Fassett, Anthony, & Taylor, PA
1325 W Colonial Dr
Orlando, FL 32804
jtaylor@fassettlaw.com

Michael C Sasso, Esq
Michael A Sasso, Esq
1031 W Morse Blvd, #120
Winter Park, FL 32789
msasso@sasso-law.com
masasso@sasso-law.com

Mark J Chmielarski Esq
Greenspoon Marder PA
201 Eat Pine St
Orlando, FL 32801
mark.chmielarski@gmlaw.com

Aristides J Diaz, Esq
5364 Penway Drive
Orlando, FL 32814

G Charles Wohlust, Esq
Curator and Mging Mbr
Estate of DelRoy Joseph Sr
PO Box 1570
Winter Park, FL 32790
pgw@wohlustlaw.com

Phil D'Aniello, Esq
Fassett, Anthony, & Taylor, PA
1325 W Colonial Dr
Orlando, FL 32804
pdaniello@fassettlaw.com

Old Florida National Bank
315 E Robinson St, Ste 100
Attn: William Stangy
Orlando, FL 32801
wstange@oldflorida.com

Centurylink
PO Box 1319
Charlotte, NC 28201

James A Flick, Esq
Flick Law Group, PL
3700 S Conway Rd, #100
Orlando, FL 32812
jim@jflicklawyer.com

Mercedes Enterprises
4301 W Vine St
Kissimmee, FL 34746

Office of the US Trustee
Attn: Elana Escamilla
400 W Washington St, Suite 1100
Orlando, FL 32801
elana.l.escamilla@usdoj.gov